IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15057

Judge Sara L. Ellis

Magistrate Judge Gabriel A. Fuentes

## [CORRECTED] NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 29 | WAYEHA |
| 48 | SAXIGOL |
| 81 | JCCDMZSL |
| 87 | MSTICKER |
| 88 | HOXZODT (Warehouse Clearance USA) |
| 97 | (7-15 days delivery)-TMICOS-US |
| 117 | XKLVMH |
| 119 | Qing Tian BikiniStore |
| 139 | 9-14 days delivery-Junkang co., ltd. |
| 91 | Davis 3 |
| 14 | lseneing |
| 43 | TOWEGO |
| 90 | yoeyez |
| 200 | amaz0n shopping online |
| 142 | ESCBUKI |
| 37 | SoleSa |
| 4 | NAMTYQX |
| 6 | AAZJSS |
| 7 | ZIXZMD |
| 9 | Amober |
| 11 | OSMUAL |
| 24 | ChicCrate❀❀❀Womens Fall Fashion 2023 |

| | |
|---|---|
| 25 | JXKIKOZE |
| 26 | QIOQWMI |
| 28 | HUANKD Shop |
| 31 | QITOHK womens fall fashion 2023 clearance deal |
| 32 | EKIYVO1 |
| 35 | HUEAHDOU |
| 36 | XAWMWAT |
| 44 | UJAKEL已备案,跟卖秒投 |
| 47 | Valentine's Day Big Promotion-BAODANHAO |
| 49 | Prime Day Deals* |
| 51 | EKVAHL |
| 54 | RMXEi |
| 56 | TAI SHOP |
| 59 | Blue-cat |
| 61 | Axtheny |
| 65 | ACCIDENTALLY FOUND |
| 66 | GIANTHONG Direct |
| 70 | LEE SEN |
| 79 | RTGHYJIO |
| 80 | (7-15 days delivery)-dadayouz |
| 83 | BDNXTV(8-15 days delivery) |
| 84 | Dfecoxing |
| 86 | KUIOLYPOER(7-15 days delivery) |
| 93 | UOFOCO 7-14 DAYS FAST SHIPPING ✈ |
| 96 | Black Friday Big Promotion-GUJING |
| 101 | Friyur |
| 102 | BDPORKAS |
| 104 | Azeralia |
| 106 | YYQXIiyty |
| 107 | Timbrigte ( 7-14 Days Delivery ) |
| 111 | NHUIFL |
| 114 | Yantihe |
| 120 | TCKEt Delivered in 8-15 days |
| 121 | CCLLEG-USA Direct |
| 123 | FOVIGUO |
| 127 | JINYIJIN |
| 128 | BAKREP |
| 132 | chongjili |
| 136 | ANKJIX |
| 140 | ODEUIAOD |
| 141 | LCUFREOZ |
| 145 | ZEFOTIM✈10-15Days Delivery |
| 154 | Messigaot |
| 156 | Summer Fall Clothes for Women 2023 |
| 165 | HXHYQKP |
| 173 | YAXIEP |

| | |
|---|---|
| 176 | YAUENI |
| 179 | Umitay-us |
| 180 | Prime Day Sale 50% in Kenvina |
| 181 | Qilnbo |
| 185 | XAZEIC |
| 191 | JXQCWY |
| 192 | FRVBTC |
| 194 | XDTDRYRYU |
| 204 | Aawghy |
| 196 | wzcmdzsw |

DATED: November 30, 2023                                  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 30, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt