IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER PICQUELLE, | |
| Plaintiff, | Case No.: 1:23-cv-15057 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 15 | yudadianzis |
| 67 | zeweima |
| 162 | Lilgiuy |
| 2 | Xian Yuefeng |
| 17 | Lihu Hehe Toys |
| 20 | Love Yu Co., Ltd. |
| 27 | Kefuman |
| 30 | Mesue Direct |
| 57 | Ding Shangxiang |
| 60 | Qiheng Electronic |
| 94 | Ruisiqi Trading |
| 105 | Youbejia Trading |
| 129 | putnchl（7-14 Days Delivery） |
| 166 | zhengzhoupukadianzikejiyouxiangongsi |
| 183 | ✈US Stock(5-7fast shipping) |
| 195 | Keeley FashStore |

DATED:  December 6, 2023    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 6, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*<u>/s/ Keith A. Vogt</u>*
Keith A. Vogt
