IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15057

Judge Sara L. Ellis

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | Up to 70% OFF Women Summer Clothing |
| 10 | Kexdaaf |
| 16 | Jovati |
| 23 | ZunFeo Fashion Queens (7-15Days Delivery) |
| 42 | TXGMNA |
| 73 | fartey (5-14 days Delivery) |
| 75 | CD-HJ 7-14 Days Delivery |
| 77 | wmjolc |
| 78 | Attine |
| 89 | CTEEGC |
| 92 | Deals Of The Day Lightning Deals Today Prime |
| 95 | YRAETENM(5-12 Days Delivery) |
| 116 | YingeFun Crafts |
| 131 | SHUSAMHA |
| 133 | SoSBI Womens 2023 Trendy |
| 134 | 10-20 Days Delivery★★★★★Meigeanfang |
| 135 | Xiaojmake |
| 137 | Aboser- |
| 144 | NaRHbrg |
| 148 | guolicheng |
| 152 | runxinjj |
| 157 | XZNVKE |

| | |
|---|---|
| 159 | Ruziyoog |
| 161 | huangqiushipin(7-14 days shipping) |
| 169 | Dse-K1001(4-14 days delivery) |
| 170 | Generic top |
| 171 | Fong&YIN |
| 172 | bawilom |
| 188 | manmaxiaowanzi |
| 202 | HADST Shop |
| 203 | $dol$R$ |
| 71 | hechetri Mens Hawaiian Shirts&Shorts |
| 1 | MBTUOP |
| 53 | POHDFHS |
| 113 | HADWNIUB |
| 122 | TOKCMLOK |
| 143 | WJDSZBD |
| 174 | LuvlC |
| 15 | yudadianzis |
| 67 | zeweima |
| 162 | Lilgiuy |
| 46 | Fsiakri |
| 18 | fengjunhao |
| 124 | JIMUKEJI |
| 63 | GUFD huanghong |
| 115 | tobchonp 10-20 days delivery |
| 153 | MoolBeko-US |
| 164 | xiao yu er |
| 3 | jinsuwanglu |
| 155 | KIKX0DE |
| 158 | MINGE 7-15 Shipping Days |

DATED:  December 13, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 13, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt