UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Heather Picquelle

           Plaintiff,

v.

Case No.: 1:23−cv−15057

Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

    MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 12/13/2023. Plaintiff's motion for entry of default and default judgment against the Defendants identified in First Amended Schedule A [35] is granted. If stipulated dismissal is filed before the status date, no appearance is required. Telephone Conference set for 1/4/2024 at 1:30 PM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.